UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **6**

---

*Lewis*
-v-
*Leclaire et al*

---

U.S.C.A. # _____

U.S.D.C. # **07-cv-9393**

JUDGE: **KMW**

DATE: **NOV. 14, 2007**

*[Stamp: U.S. DISTRICT COURT NOV 14 2007 S.D. OF N.Y.]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ---------------------------------------------------

**DOCUMENT DESCRIPTION**                                      **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                            (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 14th Day of November, 2007.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------
Lewis
-v-
Leclaire, et al
------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-9393

JUDGE: KMW

DATE: 11-14-2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __14th__ Day of __November__ in this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
        Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-09393-KMW
### Internal Use Only

Lewis v. Leclaire et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/19/2007
Date Terminated: 10/19/2007
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Herbert Lewis.(jeh) (Entered: 10/30/2007) |
| 10/19/2007 | 2 | COMPLAINT against Jane Doe, Robert Dennison, George B. Alexander, Theodore Cook, Kate Langley, Kelly Kellett, Dave Jabuat, April Bailey, Sharon Burnett, Jane Doe(ALJ Parole Hearing Held on 3/05/2007), John Doe, Jane Doe(Parole Specialist Hearing), Keisha Collins, John Doe, Lucien J. Leclaire, Brian Fischer, Richard Roy, Mary B. Kavaney. Document filed by Herbert Lewis.(jeh) (Entered: 10/30/2007) |
| 10/19/2007 |  | Magistrate Judge Henry B. Pitman is so designated. (jeh) (Entered: 10/30/2007) |
| 10/19/2007 | 3 | ORDER OF DISMISSAL;Plaintiff's request to proceed in forma pauperis is granted, but reasons set forth in this order, accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B) (ii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/19/2007) (jeh) (Entered: 10/30/2007) |
| 10/19/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed without prejudice. 28 U.S.C. 1915(e)(2)(B) (ii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/19/2007) (jeh) (Entered: 10/30/2007) |
| 11/01/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Herbert Lewis. Copies mailed to attorney(s) of record: Attorney General, NYC. (tp) (Entered: 11/14/2007) |
| 11/01/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Herbert Lewis. $455.00 APPEAL FEE DUE. IFP REVOKED 10/19/07.(tp) (Entered: 11/14/2007) |
| 11/14/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 11/14/2007) |
| 11/14/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 11/14/2007) |